# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FERNANDO MALDONADO, | ) | NO. CV 11-4193 PA (FMO) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| LELAND MCEWEN, Warden, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: August 24, 2012.

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE